JOHN C. HANDY, Appellant, v. CHAS. J. JEFFORD et al., Respondents. (Civil No. 208.)

APPEAL from the District Court of the First Judicial District in and for the County of Pima.

Haynes and Styles, for Appellants.

Earll, Campbell and Stephens, for Respondents.

April 29, 1887. Dismissed.

———

R. J. WHITE, Appellee, v. JOHN O. DUNBAR, Appellant. (Civil No. 207.)

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

Goodrich and Smith, for Appellant.

William Herring, for Appellee.

April 29, 1887. Dismissed.

———

P. MINOR, Appellant, v. THE SAN PEDRO LUMBER COMPANY, Appellee. (Civil No. 178.)

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

Webster Street and Briggs Goodrich, for Appellant.

A. C. Baker, for Appellee.

April 29, 1887. Dismissed by consent.